UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
MAIROBY HERNANDEZ, Individually, and On Behalf of All Others Similarly Situated,

               Plaintiff,

vs.

WISECROWD, INC.,

               Defendant.
―――――――――――――――――――――――― x

Case No. 1:23-cv-06800

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is further agreed – pursuant to Southern District of New York Local Rules of Practice 41.3 – that no party hereto is an infant or incompetent.

DATED:  April 9, 2024                 **MIZRAHI KROUB LLP**

                                                              _____
                                                              Ian N. Piasecki, Esq.
                                                              225 Broadway, 39th Floor
                                                              New York, NY  10007
                                                              Tel: (212) 595-6200
                                                              Fax: (212) 595-9700
                                                              ipiasecki@mizrahikroub.com

                                                              *Attorneys for Plaintiff*

2

DATED:  April 9, 2024 **LAW OFFICES OF NOLAN KLEIN, P.A.**

_____

Nolan Klein
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: 954-745-0588
Email: klein@nklegal.com

*Attorney for Defendant*

2